IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK ARTHUR TABBERT,

                Plaintiff,

v.

GREEN BAY MEDICAL STAFF,

                Defendants.

ORDER

20-cv-128-jdp

---

Plaintiff Derek Arthur Tabbert, appearing pro se, alleges that defendant prison officials are refusing him treatment for a serious blood clot disorder. I dismissed the complaint because Tabbert's allegations were not specific enough to state a claim upon which relief could be granted. *See* Dkt. 10. He alleged only that he is being refused treatment, but he did not provide the name of any individual defendant who harmed him or explain specifically how an individual harmed him. I gave Tabbert until June 2, 2020, to submit an amended complaint fixing the problems with his original complaint.

That deadline has passed and Tabbert did not amend his complaint. Accordingly, I will dismiss the case for Tabbert's failure to state a claim upon which relief may be granted and I will assess him a "strike" under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011) ("[W]hen . . . the plaintiff is told to amend his . . . complaint and fails to do so, the proper ground of dismissal is not want of prosecution but failure to state a claim, one of the grounds in section 1915(g) for calling a strike against a prisoner plaintiff.").

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff Derek Arthur Tabbert's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to enter judgment accordingly and close the case.

3. Plaintiff is assessed a strike under 28 U.S.C. § 1915(g).

Entered June 18, 2020.

                                      BY THE COURT:

                                      /s/

                                      _____

                                      JAMES D. PETERSON
                                      District Judge