IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEREK ARTHUR TABBERT,

      Plaintiff,

                                          Case No. 20-cv-128-jdp

   v.

GREEN BAY MEDICAL STAFF,

      Defendants,

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case.


      /s/                                                                        6/18/2020
      Peter Oppeneer, Clerk of Court                          Date